UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>            Plaintiff,<br><br>      v.<br><br>HARDIAL S. PANNU, et al.,<br><br>            Defendants. | Case No. 21-cv-09182-BLF (SK)<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 53, 54, 55 |

This case was referred to the undersigned for settlement on July 19, 2023. (Dkt. No. 53.) The scheduling conference for settlement was scheduled for August 3, 2023, at 9:00 a.m., and counsel for both sides were required to appear via Zoom. (Dkt. No. 54.) At the scheduling conference held on August 3, counsel for Plaintiff failed to appear and gave no notice or reason to either the Court or opposing counsel. (Dkt. No. 55.)

Accordingly, the Court HEREBY issues an ORDER TO SHOW CAUSE why monetary sanctions in the amount of $250 should not be imposed on counsel. Plaintiff shall respond in writing by no later than August 9, 2023 as to why such sanctions should not be imposed.

**IT IS SO ORDERED**.

Dated: August 3, 2023

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge